**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KEVIN J. MATTSON, | ) | Chapter 7 |
| | ) | Case No. 24-20188 PGC |
| Debtor. | ) | |
| | ) | |
| EDMOND J. FORD, ESQ., TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Proc. No. 26-2020 |
| v. | ) | |
| | ) | |
| SEVERIN M. BELIVEAU, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO ENLARGE DEADLINE TO FILE RESPONSE TO ADVERSARY PROCEEDING COMPLAINT**

Upon consideration of the Motion to Enlarge Deadline to File Response to Adversary Proceeding Complaint, dated October 20, 2026 ("Motion") (Adv. Proc. D.E. 4), no additional notice being required under the circumstances, Defendants, Severin M. Beliveau, Esq. ("Beliveau") and Cynthia Murray-Beliveau (together, "Defendants"), having demonstrated the existence of cause under the circumstances of this case for the requested enlargement of time pursuant to Federal Rule of Bankruptcy Procedure 9006(b), it is therefore **ORDERED, ADJUDGED, AND DECREED** that the Motion be, and it hereby is, **GRANTED**, and that the deadline for Defendants to file a responsive pleading or motion to the Complaint, dated September 23, 2026 (Adv. Proc. D.E. 1), of Plaintiff, Edmond J. Ford, Esq., Chapter 7 Trustee, in this Adversary Proceeding, shall be enlarged to the date that is 21-calendar days after the Court issues an order on Beliveau's pending Motion for Removal of Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 105 and 324, and Request for Expedited Determination, dated September 29, 2026 (D.E. 414); and it is hereby further

**ORDERED, ADJUDGED, AND DECREED**

That this Order shall become final in 14 days unless an interested party sooner objects, in which case the matter shall be set for hearing and considered by the Court as if this Order had not been entered.

Dated: October 21, 2026

/s/ Peter G. Cary
Peter G. Cary
United States Chief Bankruptcy Judge
District of Maine